**A. O. Mills, plaintiff in error, v. Charles Mathis, commissioner of highways, road district No. 11, Johnson county, defendant in error.**\*

Petition for mandamus to compel removal of highway obstruction. Judgment against plaintiff. *Error to the Circuit Court of Johnson county;* the Hon. William N. Butler, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed March 31, 1925.

H. A. Evans, for plaintiff in error. H. A. Spann, for defendant in error.

Mr. Justice Boggs delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Murray D. Hornberger et al., plaintiffs in error.**\*

Conviction for unlawful possession and sale of intoxicants. *Error to the County Court of Randolph county;* the Hon. W. P. Green, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed April 15, 1925.

L. A. Cranston, for plaintiffs in error. H. H. House, for defendant in error.

Mr. Justice Barry delivered the opinion of the court.

---

**William Connor et al., appellees, v. Robert E. Wahl et al. Adam Eitzenhefer and Myra Wahl, appellants.**\*

Bill to foreclose third mortgage. Decree for complainant. Appeal from the City Court of East St. Louis; the Hon. W. F. Borders, Judge, presiding. Heard in this court at the March term, 1925. Reversed and remanded. Opinion filed August 5, 1925.

Pope & Driemeyer, for appellants. McHale & McHale, for appellees.

Mr. Justice Barry delivered the opinion of the court.

---

**T. T. Hinde, appellee, v. D. Lazaroff, appellant.**\*

Action for legal services on written contract. Judgment for plaintiff. Appeal from the Circuit Court of Madison county; the Hon. Louis Bernreuter, Judge, presiding. Heard in this court at the March term, 1925. Affirmed. Opinion filed August 5, 1925.

H. J. Bandy, for appellant. D. G. Williamson, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**Mather Pfeiffenberger, plaintiff in error, v. Albert A. Sudro et al., defendants in error.**

Action on promissory note. Judgment for defendants. Error to the City Court of Alton; the Hon. L. D. Yager, Judge, presiding. Heard in this court at the March term, 1927. Reversed and judgment entered here for $1,110. Opinion filed May 14, 1927.

McGinnis & McGinnis, for plaintiff in error. John J. Brenholt, for defendants in error.

Mr. Presiding Justice Barry delivered the opinion of the court.

---

\* Received from clerk of Appellate Court, August 8, 1927.